**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 27, 2024

**By ECF**
The Honorable Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:    *Collins v. United States of America*, No. 23 Civ. 10995 (NSR) (AEK)

Dear Judge Roman:

      This Office represents the United States of America (the "Government") in the above-referenced action brought by plaintiff Suzanne Collins ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully with counsel for Plaintiff to request that the post-discovery conference scheduled for December 3, 2024, be adjourned to a date following the close of all discovery on April 29, 2025, that is convenient for the Court.

      On November 19, 2024, Judge Krause granted the Government's request for an extension of all discovery deadlines. *See* ECF No. 34. Pursuant to the Revised Civil Case Discovery Plan and Scheduling Order (the "Revised Plan"), all discovery must be completed by April 19, 2025. ECF No. 35. Because the Revised Plan extends discovery beyond the date for the parties' post-discovery conference set for December 3, 2024, the parties respectfully request that the conference be adjourned to a date after April 29, 2025, that is convenient for the Court.

      We thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/ *Rebecca L. Salk*
      REBECCA L. SALK
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2614
      Email: Rebecca.Salk@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2025

cc: Vincent Crowe, Esq.

Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601
Tel.: 914-287-6147
Email:  vcrowe@bpslaw.com
*Attorney for Plaintiff*

(VIA ECF)

**In light of the extension of the discovery deadlines, Pltf's request to adjourn the Dec. 3, 2024 Status Teleconf. is GRANTED. The State Teleconf. is adjourned until May 29, 2025 at 10:00 am. To access the Webex Teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 ; (3) Press pound (#) to enter the teleconference as a guest.  Clerk of Court is requested to terminate the motion at ECF No. 36.
Dated: White Plains, NY
          January 10, 2025**

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE